# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA MORRISON | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 3:12CV00191SWW |
| | * | |
| FRED'S, INC. | * | |
| | * | |
| Defendant | * | |

## **ORDER**

Pursuant to the parties' stipulation of dismissal (docket entry #7) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 13TH DAY OF AUGUST, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE